UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN -NORTHERN DIVISION

IN RE:

**Melissa Taylor,**
    Debtor

_____/

Case No: 11-23682
Chapter 13
Hon. Daniel S. Opperman

**ORDER GRANTING MOTION OF VOLUNTARY DISMISSAL OF BANKRUPTCY CASE**

Upon the Motion of a party in interest, and pursuant to 11 U.S.C. §1307:

**IT IS HEREBY ORDERED:**

1. That this case is dismissed, but the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees, costs, other distribution and the discharge of the Trustee as may be necessary or proper; and

2. That the Clerk serve notice of the dismissal of this case upon all creditors who have filed proofs of claim in this case; and

3. That the order previously entered, requiring the Debtor(s) or another to pay over funds to the Trustee, be and it is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto.

**Signed on May 10, 2013**

                                               /s/ Daniel S. Opperman
                                             **Daniel S. Opperman**
                                             **United States Bankruptcy Judge**